ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Teledyne Scientific & Imaging, LLC | ) ASBCA Nos. 62716, 62717 |
| | ) |
| Under Contract No. 80GSFC-18-C-0095 | ) |

APPEARANCES FOR THE APPELLANT:  Nicole J. Owren-Wiest, Esq.
Erin N. Rankin, Esq.
Skye Mathieson, Esq.
Alexandra Barbee-Garrett, Esq.
Crowell & Moring LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Scott W. Barber, Esq.
NASA Chief Trial Attorney
Marla R. Harrington, Esq.
Trial Attorney
National Aeronautics and Space
Administration
Goddard Space Flight Center
Greenbelt, MD

ORDER OF DISMISSAL

ASBCA Nos. 62716 and 62717 have been reassigned from the docket of Judge Brian Smith to that of Judge Reba Page. These appeals were settled as part of a global resolution during the successful mediation of ASBCA Nos. 62208-ADR and 62715-ADR; *see* "Joint Motion to Dismiss with Prejudice" dated November 23, 2021.

ASBCA Nos. 62716 and 62717 are dismissed with prejudice.

Dated:  February 19, 2025

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62716, 62717, Appeals of Teledyne Scientific & Imaging, LLC, rendered in conformance with the Board's Charter.

Dated:  February 19, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals